# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **APRIL WAGNER,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**PFIZER, INC.,**<br>　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-4232** |

## O R D E R

**AND NOW**, this 27th day of June, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 24), Plaintiff's Response (ECF No. 25), and the reply thereto (ECF No. 27), **IT IS ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**
　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**